**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6156**
_____

YOUNG BOK SONG,

                    Plaintiff – Appellant,

          v.

JAMES WELCH, Police Officer; MICHAEL FITZGERALD, Police
Officer; ROBERTO RIVERA, Police Officer,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever, III,
District Judge. (5:09-cv-00072-D)

_____

Submitted:  May 19, 2011              Decided:  May 24, 2011

_____

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit
Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Young Bok Song, Appellant Pro Se.  James Carlton Thornton,
PARKER, POE, ADAMS & BERNSTEIN, LLP, Raleigh, North Carolina,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Young Bok Song appeals the district court's order denying his motion to continue and to compel the U.S. Marshal to locate and serve Rivera. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Song v. Welch, No. 5:09-cv-00072-D (E.D.N.C. Jan. 13, 2011). We deny Song's motion to place the appeal in abeyance pending his review of his informal opening brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED